Sheila N. Swaroop (SBN 203,476)
sheila.swaroop@knobbe.com
Baraa Kahf (SBN 261,144)
baraa.kahf@knobbe.com
KNOBBE, MARTENS, OLSON & BEAR LLP
2040 Main Street, Fourteenth Floor
Irvine, CA  92614
Phone: (949) 760-0404
Facsimile: (949) 760-9502

*Attorneys for Defendant,*
P&P Imports, LLC

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| SOLAR SUN RINGS, INC., A CALIFORNIA CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>P&P IMPORTS, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY,<br><br>Defendant. | Case No. 8:23−cv−01544−MCS−JDEx<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT AND STRIKE WILLFULNESS CLAIM**<br><br>Hearing Date: March 11, 2024<br>Time: 9:00 a.m.<br>Court Room: 7C<br>Judge: Hon. Mark C. Scarsi |

**PLEASE TAKE NOTICE THAT** on March 11, 2024 at 9:00 a.m., or as soon thereafter as counsel may be heard, in the Courtroom of the Honorable Mark C. Scarsi, Courtroom 7C of the United States District Court for the Central District of California, located at First Street Courthouse, 350 W. 1st Street, Courtroom 7C, 7th Floor, Los Angeles, CA 90012, Defendant P&P Imports, LLC will and hereby does move pursuant to Fed. R. Civ. P. 12(b)(6) to dismiss the above-titled action for failure to state a claim upon which relief can be granted, and to strike Plaintiff's willfulness claim.

The parties conducted a Local Rule 7-3 conference of counsel on multiple occasions, including on November 16, 2023, December 15, 2023, December 27, 2023, January 30, 2024, and February 8, 2024. The parties discussed in detail the basis for the intended motion to dismiss the amended complaint, including sufficiency of the allegations. The parties could not agree.

This motion is based upon this Notice of Motion and the Memorandum of Points and Authorities filed concurrently herewith, any subsequently filed briefs and declarations, the pleadings and papers filed in this action, and any other arguments, evidence, and matters submitted to the Court, at the hearing or otherwise. A proposed order is also being lodged for the Court's consideration.

Respectfully submitted,

KNOBBE, MARTENS, OLSON & BEAR LLP

Dated: February 9, 2024     By: */s/ Baraa Kahf*
                                Sheila N. Swaroop
                                Baraa Kahf

*Attorneys for Defendant,*
P&P Imports, LLC